UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 12-cr-05093-IEG |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Jordan Alexander Silva, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960;18:2 - Importation of Cocaine, Aiding and Abetting

(Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/13/13

Mitchell D. Dembin
U.S. Magistrate Judge

RECEIVED IN DOCKETING
MAR 15