**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
MAR 13 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    vs.<br><br>Jordan Alexander Silva,<br><br>                        Defendant. | CASE NO. 12-cr-05093-IEG<br><br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   21:952 and 960;18:2 - Importation of Cocaine, Aiding and Abetting

   (Felony)(1)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/13/13

                                              /s/ Mitchell D. Dembin
                                              Mitchell D. Dembin
                                              U.S. Magistrate Judge

RECEIVED IN
DOCKETING

MAR 1 5